UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 14-304 (PJS/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S MOTION FOR** |
| v. ) | **DISCOVERY OF EXPERT UNDER** |
| ) | **RULE 16(a)(1)(G)** |
| AARON QUOC KHIEU, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the defendant, Aaron Quoc Khieu, by and through his attorney, Robert D. Sicoli, respectfully moves the Court to Order the government provide the defense with a written summary of any expert testimony the government intends to use at trial. This summary must describe the witness' opinions, the bases and the reasons therefor, and the witness' qualifications, all pursuant to Rule 16(a)(1)(G).

This Motion is based on the Indictment, and the records and the proceedings herein.

Respectfully submitted,

**SICOLI & GARRY, PLLC**

Dated: January 7, 2015

/s/ Robert D. Sicoli
Robert D. Sicoli
Attorney No. 178238
Attorneys for Defendant
333 South Seventh Street, Suite 2350
Minneapolis, MN 55402
Phone: (612) 871-0708
Fax: (612) 871-0960
Email: robert@sicoligarry.com

PDF created with pdfFactory trial version www.pdffactory.com